UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**LINDA GREENWOOD,**

      **Plaintiff,**

**V.**                                     **Cv. No. 11-2644-Ma**

**METHODIST LEBONHEUR**
**HEALTHCARE,**

      **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Dismissing Case With Prejudice, docketed August 15, 2012.


**APPROVED:**


  *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


 *August 15, 2012*                       THOMAS M. GOULD
DATE                                           CLERK

                                              *s/  Jean Lee*
                                              (By) DEPUTY CLERK